# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHRISTIAN MATHIS,

        Plaintiff,           CASE NUMBER: 05-CV-73559-DT

v.           HON. ROBERT H. CLELAND

CITY OF DETROIT, et. al.,

        Defendants.
_____/

## ORDER OF DISMISSAL FOR LACK OF PROGRESS

Upon review of the pleadings as filed in this matter, and notice to counsel;

**IT IS HEREBY ORDERED** that the above-entitled matter be **DISMISSED** for lack of progress as provided in Local Court Rule 41.2 for the Eastern District of Michigan and F.R. Civ. P.23(e).

        s/Robert H. Cleland
        ROBERT H. CLELAND
        UNITED STATES DISTRICT JUDGE

Dated: April 17, 2006

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, April 17, 2006, by electronic and/or ordinary mail.

        s/Lisa Wagner
        Case Manager and Deputy Clerk
        (313) 234-5522